**Order entered November 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00713-CV

## CARESSIA WYSINGER, Appellant

## V.

## MONISHA JORDAN AND VERNA M. FLOWERS, Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-02122-C**

### ORDER

Before the Court are appellant's November 20, 2020 motion for extension of time to file her corrected opening brief and appellees' November 23, 2020 response informing the Court they do not oppose the motion. We **GRANT** the motion and **ORDER** the brief be filed no later than December 4, 2020. Appellees' response brief shall be filed no later than January 4, 2021.

/s/    BILL WHITEHILL
           JUSTICE